## CITY NAT. BANK OF DAVIS v. GIBSON et al.

No. 16173—Opinion Filed Nov. 17, 1925.

Error from District Court, Garvin County; A. G. Barrett, Judge.

Action between the City National Bank of Davis and J. E. Gibson and others. From the judgment, the former appeals. Reversed and remanded.

Beets & Darrough and W. H. Woods, for plaintiff in error.

J. T. Wheeler, for defendants in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as provided in rule 7 of this court.